IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01267-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

JASON KOZAK,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2014.**

    The Joint Motion to Vacate Scheduling Conference [filed November 26, 2014; docket #54] is **granted**.  The parties have notified the Court that they have reached a confidential settlement. The Scheduling Conference set for **December 10, 2014** is **vacated**.  The parties shall file dismissal papers with the Court on or before **December 29, 2014.**